

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-17-00356-CR

Ex Parte Juan **ENRIQUEZ**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is GRANTED. Time is extended to September 7, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court